**Vicki B. LEE; Darrell E. Lee, Plaintiffs–Appellees,**

v.

**State of OREGON, by and through the OREGON RACING COMMISSION, an administrative agency, Defendant,**

**and**

**Stephen S. Walters; Brad Higbee; Joanne Mcadam; George Rankin; Richard Reid; Laura Fine, Defendants–Appellants.**

No. 99–36088.

D.C. No. CV–95–00274–ST.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Sept. 14, 2000.

Decided Feb. 22, 2001.

Before KOZINSKI and KLEINFELD, Circuit Judges, and SCHWARZER,* District Judge.

### MEMORANDUM **

The members of the Oregon Racing Commission (ORC) are not absolutely immune from damages for barring the Lees from horse racing meets in Oregon. Absolute quasi-judicial immunity is a limited exemption that applies only to the "judicial acts" of agency officials. *See Butz v. Economou,* 438 U.S. 478, 507, 514, 98 S.Ct. 2894, 57 L.Ed.2d 895 (1978); *Richardson v. Koshiba,* 693 F.2d 911, 913–14 (9th Cir.

1982). The ORC members issued a summary exclusion order, without notice or a hearing, that was designed to enforce regulations that the members themselves had promulgated. *See Zamsky v. Hansell,* 933 F.2d 677, 679 (9th Cir.1991) (per curiam). The issuance of the order was neither an integral part of the judicial process nor functionally analogous to a judicial act. *See Butz,* 438 U.S. at 511–14, 98 S.Ct. 2894. Far from it.

That Oregon Revised Statute § 462.080 permitted the Lees to request a hearing after the order was issued does not change the nature of the act. The ORC members "acted unilaterally," and the order was effective upon issuance. *Meyers v. Contra Costa County Dep't of Soc. Servs.,* 812 F.2d 1154, 1157 (9th Cir.1987); *see also Howard v. Suskie,* 26 F.3d 84, 86 (8th Cir.1994). The ORC members have therefore failed to show that they were engaged in "the function of resolving a dispute between parties or ... authoritatively adjudicating private rights" and are not entitled to absolute quasi-judicial immunity. *Burns v. Reed,* 500 U.S. 478, 500, 111 S.Ct. 1934, 114 L.Ed.2d 547 (1991) (Scalia, J., concurring in judgment in part and dissenting in part).

AFFIRMED.

---

* The Honorable William W Schwarzer, Senior United States District Judge for the Northern District of California, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.